MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00198-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET INITIAL APPEARANCE AND CHANGE OF PLEA; ORDER |
| v. | |
| GURJEET BATH, | |
| Defendant. | |

   The United States and Defendant Gurjeet Bath stipulate and request that the Court set this case for initial appearance and change of plea on May 27, 2025 at 9:00 a.m.

   IT IS SO STIPULATED.

| Dated: April 29, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|---|---|
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: April 29, 2025 | /s/ Roger Bonakdar<br>ROGER BONAKDAR<br>Counsel for Defendant<br>Gurjeet Bath |

STIPULATION TO SET CHANGE OF PLEA                1

**ORDER**

Based on the stipulation of the parties, the Court sets an initial appearance and change of plea in this matter is set on May 27, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **April 30, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE