AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>__GURJEET BATH__<br>*Defendant* | ) ) ) ) ) | Case No. 1:24-cr-00198-JLT-SKO |

## WAIVER OF AN INDICTMENT

   I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

   After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __5-27-25__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__Roger Bonakdar__
*Printed name of defendant's attorney*

_____  May 27, 2025
*Judge's signature*

Hon. Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*