(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**
Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, GURJEET BATH

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>GURJEET BATH,<br><br>                      Defendant. | CASE NO. 1:24-CR-00198-001<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Sentencing: October 6, 2025 |

DEFENDANT, GURJEET BATH's Sentencing Hearing is currently scheduled for October 6, 2025. The parties request a continuance of Sentencing in this matter, so that matters related to restitution can be investigated and addressed, prior to sentencing..

WHEREAS in light of the above, request is made for a continuance of the October 6, 2025, Sentencing hearing.

WHEREAS the Parties request a renewed Sentencing Referral Schedule be issued, based on the continued sentencing date, for any informal and formal objections and sentencing brief due dates.

THEREFORE, IT IS STIPULATED by and between the Parties that the October 6, 2025, Sentencing hearing be continued to December 1, 2025, at 9:00 a.m.

IT IS SO STIPULATED:
Dated:  September ___, 2025               ERIC GRANT
                                          United States Attorney


                                    By:   /s/ Jeffrey Spivak
                                          JEFFREY SPIVAK

---

1
**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

                                        Assistant United States Attorney

Dated: September ___, 2025            BONAKDAR LAW FIRM

                                  By:  <u>/s/ Roger S. Bonakdar</u>
                                          ROGER S. BONAKDAR
                                          Attorney for Defendant
                                          GURJEET BATH

[Order Continues on Next Page]

ORDER

Upon the Parties' stipulation and for good cause shown, Defendant, GURJEET BATH's Sentencing Hearing is continued from October 6, 2025, until December 1, 2025, at 9:00 a.m. The Clerk shall issue a new schedule for informal and formal objections and sentencing briefs to be due, based on the continued sentencing date.

All orders not expressly modified by this order remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 9, 2025**

_____
UNITED STATES DISTRICT JUDGE