(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, GURJEET BATH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>GURJEET BATH,<br><br>       Defendant. | CASE NO. 1:24-CR-00198-001<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Sentencing: December 1, 2025 |

  DEFENDANT, GURJEET BATH's Sentencing Hearing is currently scheduled for December 1, 2025. The parties request a continuance of Sentencing in this matter, as counsel for Defendant Bath has a conflict on the December 1st sentencing date; relating to a Fresno County Superior Court criminal case, with no time waiver, which will make it impracticable to prepare informal objections, final objections, and sentencing memorandum.

  The restitution in this matter has been resolved and paid by the Defendant, which will require updates/amendments to the PSR.

  WHEREAS in light of the above, request is made for a continuance of the December 1, 2025, Sentencing hearing.

  WHEREAS the Parties request a renewed Sentencing Referral Schedule be issued, based on the continued sentencing date, for any informal and formal objections and sentencing brief due dates.

  THEREFORE, IT IS STIPULATED by and between the Parties that the December 1, 2025, Sentencing hearing be continued to January 26, 2026, at 9:00 a.m.

1
**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

    IT IS SO STIPULATED:

Dated:  October 31, 2025					ERIC GRANT
								United States Attorney


							By:	/s/ Jeffrey Spivak
								JEFFREY SPIVAK
								Assistant United States Attorney

Dated: October 31, 2025					BONAKDAR LAW FIRM


							By:	/s/ Roger S. Bonakdar
								ROGER S. BONAKDAR
								Attorney for Defendant
								GURJEET BATH




[Order Continues on Next Page]

ORDER

Upon the Parties' stipulation and for good cause shown, Defendant, GURJEET BATH's Sentencing Hearing is continued from December 1, 2025, until January 26, 2026, at 9:00 a.m. The Clerk shall issue a new schedule for informal and formal objections and sentencing briefs to be due, based on the continued sentencing date.

All orders not expressly modified by this order remain in full force and effect.

IT IS SO ORDERED.

Dated: __**October 31, 2025**__  /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE